**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KEIYA PEEL AKA KEIYA M. CRUMBLE ) | CHAPTER 13 |
| DEBTOR ) | |
| ) | |
| NEWREZ D/B/A SHELLPOINT MORTGAGE ) | |
| SERVICING AS SERVICER FOR WELLS FARGO ) | NO. 18-14207-mdc |
| BANK, NATIONAL ASSOCIATION, NOT IN ITS ) | |
| INDIVIDUAL OR BANKING CAPACITY, BUT ) | |
| SOLELY AS TRUSTEE ON BEHALF OF THE ) | 11 U.S.C. Section 362 |
| LAKE COUNTRY MORTGAGE LOAN TRUST ) | |
| 2006-HE1 ) | |
| MOVANT ) | |
|         vs. ) | |
| | |
| KEIYA PEEL AKA KEIYA M. CRUMBLE | |
| DEBTOR | |
| | |
| WILLIAM C. MILLER, ESQ. | |
| TRUSTEE | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this  13th   day of May, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the __13th__ day of May, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **SERVICE LIST (CASE NO. 18-14207-MDC)**

DEBTOR
KEIYA PEEL
1916 PLYMOUTH STREET
PHILADELPHIA, PA 19138

ATTORNEY FOR DEBTOR
DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

TRUSTEE
WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106