IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Keiya Peel | : | No. 18-14207-MDC |
| Debtor | : | |

### ANSWER TO MOTION OF NEW REZ, LLC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted some payments were missed. Debtor asks for the chance to apply for a loan modification or for such other arrangements that would allow her to catch up.

6. Debtor wishes to avoid the same.

7. Debtor is unsure of the same.

8. Debtor is unsure of the same.

9. Denied as some payments were made.

10. No objection.

11. No response required.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated:5/15/20

### CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Joshua I. Goldman on behalf of New Rez, LLC.
josh.goldman@padgettlawgroup.com

/s/ David M. Offen
David M. Offen
Dated: 5/15/20          Attorney for Debtor