IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Keiya Peel | : | No.  18-14207-MDC |
| SS# XXX-XX-7417 | : | |
| Debtor | : | |

## ORDER

AND NOW, this __11th___ day of _____May_____ 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
 **MAGDELINE D. COLE MAN**
**CHIEF U.S. BANKRUPTCY JUDGE**