United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14207-mdc |
| Keiya Peel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keiya Peel, 1916 Plymouth Street, Philadelphia, PA 19138-2705 |
| 14127819 | | Childrens Hospital, 34th and Spruce Street, Philadelphia, PA 19104 |
| 14191294 | | Community Home Financial Services, Inc., Attn: Stephanie B. McLarty, Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| 14127820 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14368612 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., 701 Market Street, Se 5000, Philadelphia, PA 19106-1541 |
| 14169392 | + | E PAYDAY LOAN, WILLIAMSON AND BROWN,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14127821 | + | KML Law Group, Suite 5000 - Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14502872 | + | NewRez LLC dba Shellpoint Mort, c/o Joshua I. Goldman, Esq., 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |
| 14127826 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14169393 | + | SANDPOINT CAPITAL LLC, WILLIAMSON AND BROWN,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14127829 | + | Sortis Financial, PO Box 4869, Dept # 446, Houston, TX 77210-4869 |
| 14127830 | + | St. Christopher Pediatrics Associates, PO Box 828699, Philadelphia, PA 19182-8699 |
| 14646777 | | Wells Fargo Bank, National Association, not in its, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14127827 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14187775 | | Email/Text: bnc@atlasacq.com | May 12 2022 23:54:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14127817 | + | Email/Text: bncnotifications@pheaa.org | May 12 2022 23:54:00 | Aes/educaid, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14185836 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2022 00:02:27 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236649 | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14127818 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 12 2022 23:51:30 | Capital One Auto Finance, Attn: Bankruptcy, Po |

Case 18-14207-mdc    Doc 97    Filed 05/14/22    Entered 05/15/22 00:28:01    Desc Imaged
                               Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 30285, Salt Lake City, UT 84130-0285 |
| 14130816 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2022 00:02:04 | Capital One Auto Finance, Div. Capital One, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14171772 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2022 23:51:27 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14129880 | + | Email/Text: bankruptcy@cavps.com | May 12 2022 23:54:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14178466 | | Email/Text: ECMCBKNotices@ecmc.org | May 12 2022 23:54:00 | ECMC, P.O. Box 16408, St.Paul, MN 55116-0408 |
| 14177403 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2022 00:02:05 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital III, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14180634 | + | Email/Text: bankruptcy@sccompanies.com | May 12 2022 23:54:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14127823 | + | Email/Text: bankruptcy@sccompanies.com | May 12 2022 23:54:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14127824 | + | Email/PDF: pa_dc_claims@navient.com | May 12 2022 23:51:11 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14492114 | | Email/Text: mtgbk@shellpointmtg.com | May 12 2022 23:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14127825 | + | Email/Text: bankruptcygroup@peco-energy.com | May 12 2022 23:54:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14188881 | + | Email/Text: bankruptcygroup@peco-energy.com | May 12 2022 23:54:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14127828 | + | Email/PDF: rmscedi@recoverycorp.com | May 13 2022 00:02:05 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14127831 | + | Email/Text: bkelectronicnotices@usaa.com | May 12 2022 23:54:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14127832 | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14185928 | | Email/Text: mtgbk@shellpointmtg.com | May 12 2022 23:54:00 | Wells Fargo Bank, National Association, not in its, c/o NewRez LLC, P O Box 10826, Greenville, SC 29603-0826 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14127822 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wells Fargo Bank  National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Keiya Peel dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank  National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mo Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Keiya Peel
        Debtor(s)

Case No: 18−14207−mdc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/12/22

96 − 94
Form 138OBJ