**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Keiya Peel | : | No. 18-14207-MDC |
| **Debtor** | : | |

**CERTIFICATION OF NO RESPONSE TO**
**SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES**

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated: 07/07/2022

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
**Philadelphia, PA  19106**
**215-625-9600**